AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF  NEVADA

CANDIDO CAMACHO,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

                          CASE NUMBER:  **3:07-CV-00012-RCJ-RAM**

DIRECTOR OF NDOC, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's federal habeas corpus petition is **DISMISSED**  with prejudice.


  March 25, 2008                                       **LANCE S. WILSON**
                                                                  Clerk


                                                                  /s/ Daniel R. Morgan
                                                                 Deputy Clerk